**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | | **Category No.** II | **Investigating Agency** | DEA |

**City**   Methuen

**Related Case Information:**

**County**   Essez

| | | | |
|---|---|---|---|
| Superseding Ind./ Inf. | | Case No. | 21-mj-2756-MBB |
| Same Defendant | | New Defendant | |
| Magistrate Judge Case Number | 21-MJ-2756-MBB | | |
| Search Warrant Case Number | | | |
| R 20/R 40 from District of | | | |

**Defendant Information:**

**Defendant Name**   Elba Antonia Pena     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**

**Address**   (City & State) Philadelphia, PA

Birth date (Yr only): 1989   SSN (last4#):   Sex F   Race: W   Nationality: USA

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Jennifer Zacks     Bar Number if applicable

**Interpreter:**   ☑ Yes   ☐ No    List language and/or dialect:   Spanish

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   11/16/2021

☑ Already in Federal Custody as of   11/16/2021   in   Wyatt   .
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**   ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/16/2021   ☩     Signature of AUSA:   *Jennifer Zacks*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 21-mj-2756-MBB _____

**Name of Defendant**   Elba Antonia Pena _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | possession with intent to distribute and distribution of heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013